George V. Stanley, Appellee, v. Robert H. Gardner, a Minor and Harry H. Gardner, Individually and as Guardian ad litem of Robert H. Gardner, Appellants.

Gen. No. 48,172.

First District, First Division.

March 13, 1961.

Hinshaw, Culbertson, Moelmann & Hoban, of Chicago (Oswell G. Treadway and Thomas J. Weithers, of counsel) for appellants; John J. Treacy, of Chicago, for appellee. Opinion by JUSTICE KILEY. Not to be published in full.